# United States Navy-Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**James L. ANDERSON**
Aviation Maintenance Administrationman Third Class (E-4),
U.S. Navy
Appellant

**No. 201900023**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 5 April 2019.

Military Judge:
Captain Ann K. Minami, JAGC, USN.

Sentence adjudged 16 October 2018 by a special court-martial convened at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 6 months,[1] and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1]The Convening Authority suspended confinement in excess of 120 days pursuant to a pretrial agreement.

Before HUTCHINSON, TANG, and GERDING,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court